UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 23-2351-MWF(RAOx)**                                      Date:  June 06, 2023

Title        **United African Asian Abilities Club, et al. v. Dolphin Property Investments, LLC, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 29, 2023.  (Docket No. 1).  On May 10, 2023, the parties filed a Stipulation to Extend Time for Defendant Dolphin Property Investments LLC to Respond to Complaint (the "Stipulation").  (Docket No. 9).  Pursuant to the Stipulation, Defendant Dolphin Property's response was due June 2, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 13, 2023**.

- BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendant.

    *AND*

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.

    *OR*

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-2351-MWF(RAOx)**                                   Date:  June 06, 2023

Title         **United African Asian Abilities Club, et al. v. Dolphin Property Investments, LLC, et al.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JUNE 13, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm