UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **2:23-cv-02351-MWF-RAO**                                      Dated: **June 13, 2023**

Title:   **United African Asian Abilities Club, et al. v. Dolphin Property Investments LLC, et al.**

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Damon Berry | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [12] filed June 12, 2023, the Court sets a hearing on Order To Show Cause Re Dismissal for July 17, 2023 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                      Initials of Deputy Clerk   DBE
CIVIL - GEN