JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLPHIN PROPERTY INVESTMENTS LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-02351-MWF(RAOx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed:  March 29, 2023<br>Trial Date:           None Set |

///
///
///
///
///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and without prejudice as to each and all claims and causes of action as alleged in the above-referenced action by Plaintiffs United African-Asian Abilities Club, on behalf of itself and its members, and by James Lee, an individual.

2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: July 13, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge